IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| POPSOCKETS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>CAR-ELEC2010, et al.,<br><br>      Defendants. | Case No. 19-cv-01354<br><br>**Judge Matthew F. Kennelly**<br><br>**Magistrate Judge Maria Valdez** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff PopSockets LLC ("PopSockets" or "Plaintiff") hereby dismisses this action, with leave to reinstate within one hundred and eighty (180) days, as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| adagio | 35 |
| dingdingjiachaoliunvzhuang | 81 |
| GlobalEstore | 104 |
| hattman | 112 |
| Jkflying | 133 |
| MiniButterfly | 163 |
| opsanji | 175 |
| SandyMarket | 189 |
| Sheng Mei | 191 |
| Shenzhen Hetang Technology co.,ltd | 192 |
| SRETHWEU | 199 |
| Sweatlee | 208 |

1

Dated this 29th day of May 2019.　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Allyson Martin_____
　　　　　　　　　　　　　　　　　　　Amy C. Ziegler
　　　　　　　　　　　　　　　　　　　Justin R. Gaudio
　　　　　　　　　　　　　　　　　　　Allyson Martin
　　　　　　　　　　　　　　　　　　　Greer, Burns & Crain, Ltd.
　　　　　　　　　　　　　　　　　　　300 South Wacker Drive, Suite 2500
　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60606
　　　　　　　　　　　　　　　　　　　312.360.0080 / 312.360.9315 (facsimile)
　　　　　　　　　　　　　　　　　　　aziegler@gbc.law
　　　　　　　　　　　　　　　　　　　jgaudio@gbc.law
　　　　　　　　　　　　　　　　　　　amartin@gbc.law

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff PopSockets LLC*